CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff,
Brian Whitaker

MANUEL RIVAS, JR. (SBN 161236)
LAW OFFICES OF MANUEL RIVAS,
JR. 1 Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 439-8874 Facsimile: (415) 366-2208
manuelrivas_jr@yahoo.com
Attorneys for Defendant,
Cebon Green Papaya Restaurant, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CEBON GREEN PAPAYA RESTAURANT, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:19-CV-06707-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 4, 2020         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff,
    Brian Whitaker

Dated:                          LAW OFFICES OF MANUEL RIVAS, JR.

By: _____
    Manuel Rivas, Jr.
    Attorneys for Defendant,
    Cebon Green Papaya Restaurant, Inc.

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                              CENTER FOR DISABILITY ACCESS

By: _____
Amanda Seabock
Attorneys for Plaintiff

Dated: 10-26-2020              LAW OFFICE OF MICHAEL HEATH, INC.

By: _____
Michael Heath
Attorneys for Defendant
Amcor Investments, LLC

Dated: November 5, 2020

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE CERTIFICATION**

2

Joint Stipulation for Dismissal                    Case: 5:20-CV-01488-JD