EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
100 Pine St., Ste 1250
San Francisco, CA 94111

TEL NO.: (858) 375-7385   FAX NO. (optional):
E-MAIL ADDRESS *(Optional):*

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 450 Golden Gate Ave.,
MAILING ADDRESS: 450 Golden Gate Ave.,
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Courthouse

PLAINTIFF: Brian Whitaker,
DEFENDANT: Cebon Green Papaya Restaurant, Inc.,

CASE NUMBER: 3:19-cv-06707-JCS

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [ ] Amended

FOR RECORDER'S USE ONLY
FOR COURT USE ONLY

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────────────────────┐
      │ Cebon Green Papaya Restaurant, Inc., a California │
      │ Corporation,                                │
      │ 825 Mission Street, San Francisco, California 94103 │
      └─────────────────────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:   [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Cebon Green Papaya Restaurant, Inc., 825 Mission Street, San Francisco, California 94103

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Brian Whitaker C/O Mark Potter, Esq., 100 Pine St., Ste 1250, San Francisco, CA 94111
4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 05/12/2023
Mark Potter, Esq
(TYPE OR PRINT NAME)

▶ *Mark Potter*
(SIGNATURE OF APPLICANT OR ATTORNEY) readysign

6. Total amount of judgment as entered or last renewed: $13,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 4/12/2023
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date):*
MAY 18 2023

MARK B. BUSBY
Clerk, by GINA AGUSTINE, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Brian Whitaker, | COURT CASE NO.: |
|---|---|
| DEFENDANT: Cebon Green Papaya Restaurant, Inc., | 3:19-cv-06707-JCS |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.